Olga Yelmland et al., appellees, v. Schiller Kaiser, appellant. Gen. No. 40,440.

Opinion filed February 14, 1939.

W. Harold Rutherford and Sidney Mintz, for appellant; Richard E. Keogh, of counsel. Rosen, Francis & Cleveland, for appellees; James B. O'Shaughnessy, of counsel.

Mr. Justice Friend delivered the opinion of the court.

Schiller Kaiser and Louise Kaiser, appellants, v. Simon Kjelsaas, appellee. Gen. No. 40,441.

Opinion filed February 14, 1939.

W. Harold Rutherford and Sidney Mintz, for appellants; Richard E. Keogh, of counsel. Rosen, Francis & Cleveland, for appellee; James B. O'Shaughnessy, of counsel.

Mr. Justice Friend delivered the opinion of the court.

Louise Iwert, appellee, v. Henry Weiskopf, appellant. Gen. No. 40,460.

Opinion filed February 14, 1939.

Samuel L. Cohen, for appellant; Morris K. Levinson, of counsel. Thomas H. Murray, for appellee.

Mr. Justice Friend delivered the opinion of the court.